PER CURIAM.
 

 Affirmed.
 
 See Card v. State,
 
 497 So.2d 1169 (Fla.1986);
 
 Desmond v. State,
 
 576
 
 *64
 
 So.2d 748 (Fla. 2d DCA 1991);
 
 Saldarreaga v. State,
 
 875 So.2d 1270 (Fla. 4th DCA 2004);
 
 Lee v. State,
 
 847 So.2d 1142 (Fla. 3d DCA 2003);
 
 Colson v. State,
 
 717 So.2d 554 (Fla. 4th DCA 1998);
 
 Brown v. State,
 
 493 So.2d 80 (Fla. 1st DCA 1986).
 

 NORTHCUTT, C.J., and ALTENBERND and CASANUEYA, JJ., Concur.